UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEUTSCHE BANK NATIONAL TRUST )  CASE NO. 1:07CV735
COMPANY, AS TRUSTEE, et al., )
        Plaintiffs, )  JUDGE CHRISTOPHER A. BOYKO
         )
vs. )
         )  ORDER OF DISMISSAL
MICHAEL T. GOGOL, a.k.a., etc., et al., )
         )
        Defendants. )

CHRISTOPHER A. BOYKO, J.:

On June 12, 2007, the Court ordered Plaintiff Deutsche Bank, pursuant to Fed. R. Civil P. 25(a), to substitute the personal estate representative of the deceased Defendant-Mortgagor, Michael T. Gogol, by July 13, 2007 or the captioned case would be dismissed. (ECF DKT #10). No motion for substitution has been filed, nor has any request for an extension of time to accomplish the substitution been submitted. Since the Defendant-Mortgagor is deceased, and since no executor or administrator has been identified and substituted, this foreclosure action can no longer remain pending. Under the authority of Fed. R. Civil P. 25(a), the above-captioned case is dismissed.

IT IS SO ORDERED.

DATE: 7/16/07

FILED
JUL 16 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

CHRISTOPHER A. BOYKO
United States District Judge